1  BRYAN K. SCOTT
   City Attorney
2  Nevada Bar No. 4381
   By: JEFFREY L. GALLIHER
3  Deputy City Attorney
   Nevada Bar No. 8078
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: jgalliher@lasvegasnevada.gov
   Attorneys for City of Las Vegas

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | SUSAN FINUCAN, an individual,
11 |         Plaintiff,
12 |   vs.                                          | CASE NO. 2:21-cv-0198-JAD-DJA
13 | CITY OF LAS VEGAS, a political
   | subdivision of the State of Nevada; SCOTT     | **STIPULATION AND ORDER FOR**
14 | ADAMS, individually and in his official       | **EXTENSION OF TIME**
   | capacity; DOES 1 through 10; and ROE
15 | Corporations 11 through 20, inclusive,        | **(FIRST REQUEST)**
16 |         Defendants.

17

18         IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

19 counsel, that the time for Defendants City of Las Vegas and Scott Adams ("City Defendants") to

20 respond to Plaintiff's Complaint be extended to December 2, 2021, to allow counsel for

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Defendants to prepare such response. This is the first request for an extension of time in this matter.

DATED this 18th day of November, 2021.

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy, Esq.
Nevada Bar No. 8805
170 South Green Valley Parkway, #280
Henderson, NV 89012
Attorneys for Plaintiff

DATED this 18th day of November, 2021.

BRYAN K. SCOTT
City Attorney

By: /s/ Jeffrey Galliher
Jeffrey L. Galliher
Deputy City Attorney
Nevada Bar No. 8078
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for City Defendants

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2021