Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Susan Finucan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN FINUCAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; SCOTT ADAMS, individually and in his official capacity; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive;<br><br>Defendants. | Case No. 2:21-cv-0198-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

### STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE

The parties by and through their respective attorneys of record, hereby stipulate to a forty-five (45) day extension up to and including January 17, 2023 (January 16, 2023 falls on a federal holiday), to file the joint pretrial order. The parties' joint pretrial order is currently due on December 2, 2022. ECF No. 15, p. 2. To date, the parties are working and conferring together to complete the joint pretrial order to completion and finalization. Per LR IA 6-1, this is the first request for an extension to file the joint pretrial order. Plaintiff has requested this extension and Defendant has agreed to the request.

Good cause exists for such extension. Tragically, Plaintiff's lead counsel's immediate family member previously suffered a medical emergency, requiring intubation.

This family emergency has necessarily required a great deal of Plaintiff's lead counsel's time and attention. Additionally, Plaintiff's counsel has prior scheduled travel commitments during the upcoming holidays and requires the extension to conduct due diligence and potentially streamline various issues.

Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial Order deadline to January 17, 2023.

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated:  December 1, 2022                              Dated: December 1, 2022

Respectfully submitted,                                Respectfully submitted,

/s/ Christian Gabroy                                    /s/ Jeffrey Galliher
Christian Gabroy                                        Jeffrey Galliher
(#8805)                                                 (#8078)
Kaine Messer                                            495 South Main Street
(#14240)                                                Sixth Floor
The District at Green Valley Ranch                      Las Vegas, Nevada 89101
170 South Green Valley Parkway                          Tel     (702) 229-6629
Suite 280                                               jgalliher@lasvegasnevada.gov
Henderson, Nevada 89012
Tel     (702) 259-7777                                  *Attorney for Defendants*
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2022