Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Susan Finucan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN FINUCAN, an individual, | Case No. 2:21-cv-0198-CDS-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| vs. | |
| CITY OF LAS VEGAS, a political subdivision of the State of Nevada; SCOTT ADAMS, individually and in his official capacity; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive; | **(Second Request)** |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND**
**JOINT PRETRIAL ORDER DEADLINE**

The parties by and through their respective attorneys of record hereby stipulate to a forty-five (45) day extension, up to and including March 3, 2023, to file the joint pretrial order.  The joint pretrial order is currently due on January 17, 2023.  ECF No. 19, p. 2.  To date, the parties are working and conferring together to complete the joint pretrial order to completion and finalization.  Per LR IA 6-1, this is the second request for an extension to file the joint pretrial order.  Plaintiff has requested this extension and Defendant has agreed to the request.

Good cause exists for such extension.  Previously this honorable Court was made aware that Plaintiff's counsel's immediate family member had suffered a medical

1  emergency, requiring intubation, and that this family emergency required a great deal of
2  Plaintiff's lead counsel's immediate time and attention. Unfortunately, Plaintiff's
3  counsel's immediate family member's condition continues to require significant time as
4  there is a trial for such member in January. Further, Plaintiff's counsel had travels
5  scheduled to see his father-in-law who is suffering congestive heart failure but that travel
6  was cancelled. Simultaneously a key employee required leave to deal with a debilitating
7  medical condition.

8      Plaintiff's counsel herein is productively working towards a complete joint pretrial
9  order which fully encompasses all the issues in this matter.

10     Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial
11 Order to March 3, 2023.

13 //

This request is respectfully sought in good faith and is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated:  January 9, 2023                                             Dated: January 9, 2023

Respectfully submitted,                                             Respectfully submitted,

*/s/ Christian Gabroy*                                                   */s/ Jeffrey Galliher*
Christian Gabroy                                                    Jeffrey Galliher
(#8805)                                                             (#8078)
Kaine Messer                                                        495 South Main Street
(#14240)                                                            Sixth Floor
The District at Green Valley Ranch                                  Las Vegas, Nevada 89101
170 South Green Valley Parkway                                      Tel    (702) 229-6629
Suite 280                                                           jgalliher@lasvegasnevada.gov
Henderson, Nevada 89012
Tel    (702) 259-7777                                               *Attorney for Defendants*
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2023

Page 3 of 3