Christian Gabroy (#8805)
Kaine Messer (#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Susan Finucan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN FINUCAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; SCOTT ADAMS, individually and in his official capacity; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive;<br><br>Defendants. | Case No. 2:21-cv-0198-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Third Request)** |

## STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE

The parties by and through their respective attorneys of record hereby stipulate to a forty-five (45) day extension, up to and including April 17, 2023, to file the joint pretrial order.  The joint pretrial order is currently due on March 3, 2023.  ECF No. 21, p. 2.  To date, the parties are working and conferring to complete the joint pretrial order to completion and finalization. Per LR IA 6-1, this is the third request for an extension to file the joint pretrial order. Plaintiff has requested this extension and Defendant has agreed to the request.

Good cause exists for such extension.  Previously this honorable Court was made aware that Plaintiff's counsel's immediate family member had suffered a medical

1  emergency, requiring intubation, and that this family emergency required a great deal of
2  Plaintiff's lead counsel's immediate time and attention. Further, Plaintiff's counsel had
3  travels scheduled to see his father-in-law who is suffering congestive heart failure but
4  that travel was cancelled.  Simultaneously, a key employee required leave to deal with a
5  debilitating medical condition.

   Despite such circumstances, the parties have remained diligent and substantial progress has been achieved. Plaintiff's counsel herein has presented to Defendants' counsel a draft joint pretrial order and the parties are currently working towards a finalized version which fully encompasses all the issues in this matter.

   Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial Order to April 17, 2023.

//

This request is respectfully sought in good faith and is not sought for any improper purpose or other reason of delay.  No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated:  March 1, 2023                                      Dated: March 1, 2023

Respectfully submitted,                                  Respectfully submitted,

*/s/ Christian Gabroy*                                          */s/ Nechole Garcia*
Christian Gabroy                                              Nechole Garcia
(#8805)                                                              (#12746)
Kaine Messer                                                   495 South Main Street
(#14240)                                                           Sixth Floor
The District at Green Valley Ranch               Las Vegas, Nevada 89101
170 South Green Valley Parkway                 Tel    (702) 229-6629
Suite 280                                                          ngarcia@lasvegasnevada.gov
Henderson, Nevada 89012
Tel    (702) 259-7777                                       *Attorney for Defendants*
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 2, 2023