Bryan K. Scott, NV Bar No. 4381
Jeffrey L. Galliher, NV Bar No. 8078
Nechole M. Garcia, NV Bar No. 12746
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. Main Street, 6th Floor
Las Vegas, Nevada 89101
T:  (702) 229-6629
*Attorneys for City of Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Susan Finucan, | Case No.  2:21-cv-0198-CDS-DJA |
| Plaintiff, | |
| vs. | |
| City of Las Vegas, et al., | |
| Defendants. | |

## Stipulation and Order to Extend Pretrial Order Deadline

## (Fourth Request)

Plaintiff Finucan and Defendants City of Las Vegas and Scott Adams stipulate to a 14-day extension, up to and including May 1, 2023 to submit the Pretrial Order. Currently, the Pretrial Order is due April 17, 2023. [ECF No. 24] Per LR IA6-1, this is the fourth request for an extension to file the pretrial order. Defendants requested this extension and Plaintiff agreed to the request.

Good cause is shown for the request. Plaintiff produced a substantive draft Pretrial Order for Defendants to review and to include their proposed information. Defendants have been diligently adding this information and expect to return the draft to Plaintiff for further review on or before April 17. However, this leaves scant time for Plaintiff to contemplate the information added by Defendants. Furthermore – and as contemplated by the rules – this process of preparing the Pretrial Order has identified possible facts and legal issues that may be possible to resolve by stipulation. The parties have engaged in good faith discussion regarding these matters and have



agreed to continue these efforts in an attempt to narrow the issues for trial. Thus, additional time is necessary to prudently allow the parties to finalize the Pretrial Order as well as to appropriately negotiate matters that may limit trial's scope. Such narrowing will conserve judicial and party resources and will act in furtherance of the just, speedy, and inexpensive determination of this lawsuit.

Accordingly, the parties stipulate to a 14-day extension to May 1, 2023 to submit the Pretrial Order.

This request is respectfully sought in good faith and is not sought for any improper purpose or other dilatory motive or reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Date: April 13, 2023

| | |
|---|---|
| /s/ Kaine Messer | /s/ Nechole Garcia |
| Christian Gabroy, Esq. | Bryan Scott, Esq. |
| Kaine Messer, Esq. | Jeffrey Galliher, Esq. |
| *Attorneys for Plaintiff* | Nechole Garcia, Esq. |
| | *Attorneys for City of Las Vegas* |

**IT IS SO ORDERED**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/17/2023

