1  Christian Gabroy
   (#8805)
2  Kaine Messer
   (#14240)
3  GABROY | MESSER
   The District at Green Valley Ranch
4  170 South Green Valley Parkway
   Suite 280
5  Henderson, Nevada 89012
   Tel    (702) 259-7777
6  christian@gabroy.com
   kmesser@gabroy.com
7  *Attorneys for Plaintiff*
   *Susan Finucan*

8

**UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**

10  SUSAN FINUCAN, an individual,           Case No. 2:21-cv-0198-CDS-DJA

11          Plaintiff,                      **STIPULATION AND ORDER TO**
                                            **EXTEND JOINT PRETRIAL ORDER**
12  vs.                                     **DEADLINE**

13  CITY OF LAS VEGAS, a political          **(Fifth Request)**
    subdivision of the State of Nevada;
14  SCOTT ADAMS, individually and in his
    official capacity; DOES 1 through 10;
15  and ROE Corporations 11 through 20,
    inclusive;
16
            Defendants.
17

18              **STIPULATION AND ORDER TO EXTEND**
                 **JOINT PRETRIAL ORDER DEADLINE**
19

20          The parties by and through their respective attorneys of record hereby stipulate

    to an extension up to and including May 18, 2023 to file the joint pretrial order.  The joint
21
    pretrial order is currently due on May 1, 2023.  ECF No. 26, p. 2.  To date, the parties
22
    are working and conferring to complete the joint pretrial order to completion and
23
    finalization. Per LR IA 6-1, this is the fifth request for an extension to file the joint pretrial
24
    order. Plaintiff has requested an extension to May 11, 2023 and Defendant has agreed
25
    to an extension but proposed May 18, 2023, to which Plaintiff has agreed
26
            Good cause exists for such extension.  Previously this honorable Court was made
27
    aware that Plaintiff's counsel's immediate family member had suffered a medical
28
                                   Page 1 of 3

*(left margin, vertical)* **GABROY | MESSER**  170 S. Green Valley Pkwy., Suite 280  Henderson, Nevada 89012  (702) 259-7777  FAX: (702) 259-7704

emergency, requiring intubation, and that this family emergency required a great deal of Plaintiff's lead counsel's immediate time and attention. Further, Plaintiff's counsel had travels scheduled to see his father-in-law who is suffering congestive heart failure but that travel was cancelled.  Simultaneously, a key employee required leave to deal with a debilitating medical condition. Finally, Plaintiff's lead counsel has also had to travel to our state capital for an exigent legal matter which similarly is requiring significant time and attention.

Despite such circumstances, the parties have remained diligent and substantial progress has been achieved. Plaintiff's counsel herein initially presented to Defendants' counsel a draft joint pretrial order. Defendants' counsel has since presented Plaintiff's counsel with their proposed revisions to such draft. Currently, the parties are currently working towards a finalized version which fully encompasses all the issues in this matter.

Accordingly, the parties stipulate to extending the deadline to file the Joint Pretrial Order to May 18, 2023.

/ / /

1    This request is respectfully sought in good faith and is not sought for any improper

2    purpose or other reason of delay.  No party is prejudiced by the requested extension.

3    **IT IS SO STIPULATED.**

4    Dated:  May 1, 2023                          Dated: May 1, 2023

5    Respectfully submitted,                      Respectfully submitted,

6

7    */s/ Christian Gabroy*                        */s/ Nechole Garcia*
     Christian Gabroy                             Bryan K. Scott
     (#8805)                                      (#4381)
8    Kaine Messer                                 Jeffrey L. Galliher
     (#14240)                                     (#8078)
9    The District at Green Valley Ranch           Nechole M. Garcia
     170 South Green Valley Parkway               (#12746)
10   Suite 280                                    495 South Main Street
     Henderson, Nevada 89012                      Sixth Floor
11   Tel    (702) 259-7777                        Las Vegas, Nevada 89101
     christian@gabroy.com                         Tel    (702) 229-6629
12   kmesser@gabroy.com                           ngarcia@lasvegasnevada.gov

13   *Attorneys for Plaintiff*                     *Attorney for Defendants*

14

15

16                         **IT IS SO ORDERED.**

17

18

19                         _____
                           DANIEL J. ALBREGTS
                           UNITED STATES MAGISTRATE JUDGE
20

21                         DATED:  May 3, 2023

22

23

24

25

26

27

28                                      Page 3 of 3

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704