Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Susan Finucan*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN FINUCAN, an individual;<br><br>        Plaintiff<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; SCOTT ADAMS, individually and in his official capacity; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive;<br><br>        Defendants | Case No. 2:21-cv-00198-CDS-DJA<br><br>**Stipulation and Order to Continue Trial**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO CONTINUE TRIAL**

It is hereby stipulated by and between Plaintiff Susan Finucan, ("Plaintiff") through her counsel Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy | Messer and Defendants City of Las Vegas and Scott Adams ("Defendants") (collectively the "Parties"), by and through their counsel of record, Jeffrey L. Galliher, Esq., Nechole M. Garcia, Esq., and Jeffry M. Dorocak, Esq., that the trial date in this matter shall be continued. This is the first request for a continuation of trial. This stipulation is submitted per LR IA 6-1. Accordingly, the Parties hereby stipulate to the following:

1.      This matter's trial stack shall be continued to the week of December 4, 2023, the week of December 11, 2023, or alternatively to a time convenient to

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

1   this Honorable Court.

2

3

4

5      **IT IS SO STIPULATED.**

6   DATED this 11th day of September 2023.

7   Respectfully submitted,       Respectfully submitted,

8   */s/ Christian Gabroy*        */s/ Nechole M. Garcia*

9   Christian Gabroy           Jeffry M. Dorocak
    (#8805)                (#13109)

10   Kaine Messer            Jeffrey L. Galliher
    (#14240)              (#8078)

11   The District at Green Valley Ranch   Nechole M. Garcia
    170 South Green Valley Parkway    (#12746)

12   Suite 280             495 South Main Street
    Henderson, Nevada 89012      Sixth Floor

13   Tel   (702) 259-7777        Las Vegas, Nevada 89101
    christian@gabroy.com        Tel   (702) 229-6629

14   kmesser@gabroy.com        ngarcia@lasvegasnevada.gov

15   *Attorneys for Plaintiff Susan*     *Attorney for Defendants City of Las*
    *Finucan*                *Vegas and Scott Adams*

16

17                 ORDER

18      Having previously heard from counsel for plaintiff regarding the unfeasibility of

19   the current trial setting, the court finds there is good cause to continue the trial date.

20      Accordingly, this case is set for jury trial on the stacked calendar of

21   December 4, 2023 at 9:30 AM. Calendar call will be held November 22, 2023 at

22   9:30 AM in courtroom 6B.

23

24                     _____

25                  UNITED STATES DISTRICT JUDGE

26             DATED:    September 12, 2023

27

28

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704